1

2                      UNITED STATES DISTRICT COURT

3                    NORTHERN DISTRICT OF CALIFORNIA

4

5

6    DANIEL FISHER, an individual          Civil Action No. C 12-03716 WHA

7              Plaintiff,
        v.                                 [~~PROPOSED~~] ORDER
8                                          GRANTING PLAINTIFF'S
     BIOZONE PHARMACEUTICALS,              REQUEST FOR CONTINUANCE
9    INC., a Nevada corporation, ELLIOT    OF THE INITIAL CASE
     MAZA, an individual, BRAUSER          MANAGEMENT CONFERENCE
10   HONIG FROST GROUP, a Florida
     entity, MICHAEL BRAUSER, an
11   individual, BARRY HONIG, an
     individual, THE FROST GROUP
12   LLC, a Florida company, DOES 1-15.

13
              Defendants.
14

15

16

17         Plaintiff Daniel Fisher requests that the Initial Case Management Conference, which is

18   currently scheduled to take place on October 25, 2012, be continued to December 6, 2012.  After

19   consideration of Plaintiff's request, IT IS HEREBY ORDERED that the Initial Case Management
                              November 8, 2012, at 11:00 AM.
20   Conference be continued to ~~December 6, 2012~~.  The remaining deadlines in the Initial Scheduling

21   Order (D.I. 2) are continued accordingly.

22

23   **IT IS SO ORDERED.**

24

25   Dated the __3rd____ of October, 2012

26                                         IT IS SO ORDERED
                                           AS MODIFIED
27                                         Judge William Alsup

28

CV 12-03716 WHA                                        [~~PROPOSED~~] ORDER