IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL FISHER, an individual resident in California,

    Plaintiff,

v.

BIOZONE PHARMACEUTICALS, INC., a Nevada corporation, BIOZONE LABORATORIES, INC., a California corporation, THE FROST GROUP, LLC, a Florida company, BRAUSER HONIG FROST GROUP, a Florida entity of unknown form, PHILLIP FROST, an individual resident in Florida, MICHAEL BRAUSER, an individual resident in Florida, BARRY HONIG, an individual resident in Florida, ELLIOT MAZA, an individual resident in California and New Jersey, BRIAN KELLER, an individual resident in California, ROBERT PREGO-NOVO, an individual of unknown resident, and DOES 1–150, inclusive,

    Defendants.

No. C 12-03716 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

    The Court **SETS** a three-and-one-half-hour meet-and-confer starting from **9:30 A.M. THROUGH 1:30 P.M.** (with a half hour off at noon for lunch) on **THURSDAY, MARCH 21, 2013**, in the Court's jury room. At 1:30 p.m., the Court will hold a hearing to resolve any remaining issue(s). Please buzz chambers at 9:30 a.m. to be let into the jury room. Defendants' response is due by noon on March 18.

    Please note that only those lawyers who personally attend the entire meet-and-confer in the Court's jury room may argue at the hearing.

    **IT IS SO ORDERED.**

Dated: March 11, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE