DARCY PAUL (248940)
PAUL LAW GROUP, P.C.
3235 Kifer Road, Suite 360
Santa Clara, CA 95051
Telephone: (408) 617-0800
Facsimile: (408) 617-0810
Email: dapaul@darcypaul.com

Attorney for Plaintiff
DANIEL FISHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FISHER, an individual<br><br>Plaintiff,<br><br>v.<br><br>BIOZONE PHARMACEUTICALS, INC., a Nevada corporation, BIOZONE LABORATORIES, INC., a California corporation, THE FROST GROUP LLC, a Florida company, BRAUSER HONIG FROST GROUP, a Florida entity of unknown form, PHILLIP FROST, an individual resident in Florida, MICHAEL BRAUSER, an individual resident in Florida, BARRY HONIG, an individual resident in Florida, ELLIOT MAZA, an individual resident in California and New Jersey, BRIAN KELLER, an individual resident in California, ROBERTO PREGO-NOVO, an individual of unknown residence, DOES 1-150, Inclusive,<br><br>Defendants. | No. C 12-03716 WHA (LB)<br><br>**STIPULATION REGARDING SETTLEMENT AGREEMENT** |

1  The parties in the above-captioned case have entered into a final and binding settlement agreement which resolves all issues between plaintiff and defendants, including those raised by the litigation (the "Settlement Agreement").

Pursuant to paragraph 25 of the parties' Settlement Agreement, the parties stipulate that Magistrate Judge Laurel Beeler retains jurisdiction over the enforcement of the Settlement Agreement.

Dated: September 10, 2013                Respectfully Submitted,

                                         PAUL LAW GROUP, P.C.

                                         By:  /s/ Darcy Paul, Esq.

                                         Darcy Paul
                                         *Attorney for Plaintiff*


                                         MANLY & STEWART

                                         By:  /s/ Paul J. Sievers, Esq.

                                         Paul J. Sievers
                                         *Attorney for Defendants*


**IT IS SO ORDERED.**

Dated the _____ of _____, 2013

---

CV 12-03716 WHA (LB)            1            STIPULATION REGARDING
                                             SETTLEMENT AGREEMENT

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 10th day of September 2013, served via the Court's Electronic Case Filing system, a true and correct copy of the foregoing: Stipulation Regarding Settlement Agreement, on counsel for the defendants as follows:

Attn: Paul J. Sievers, Esq.
MANLY & STEWART
19100 Von Karman Ave., Suite 800
Irvine, CA  92612
Tel: (949) 252-9990
Fax: (949) 252-9991
Email: psievers@manlystewart.com

                                              /s/ Darcy Paul