IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL FISHER, an individual resident in California,

    Plaintiff,

v.

BIOZONE PHARMACEUTICALS, INC., a Nevada corporation, BIOZONE LABORATORIES, INC., a California corporation, THE FROST GROUP, LLC, a Florida company, BRAUSER HONIG FROST GROUP, a Florida entity of unknown form, PHILLIP FROST, an individual resident in Florida, MICHAEL BRAUSER, an individual resident in Florida, BARRY HONIG, an individual resident in Florida, ELLIOT MAZA, an individual resident in California and New Jersey, BRIAN KELLER, an individual resident in California, ROBERT PREGO-NOVO, an individual of unknown resident, and DOES 1–150, inclusive,

    Defendants.

No. C 12-03716 WHA

**ORDER RE SETTLEMENT**

The Court is in receipt of the parties' stipulation re settlement agreement and advises that the stipulation is fine except a dismissal is needed to close the case. Please submit a dismissal by **NOON ON SEPTEMBER 16, 2013**.

**IT IS SO ORDERED.**

Dated: September 12, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE