| | |
|---|---|
| 1 | DARCY PAUL (248940) |
| 2 | LAW OFFICES OF DARCY AUGUST PAUL |
|   | 3235 Kifer Road, Suite 360 |
| 3 | Santa Clara, CA 95051 |
|   | Telephone: (408) 617-0800 |
| 4 | Facsimile: (408) 617-0810 |
|   | Email: dapaul@darcypaul.com |
| 5 | |
| 6 | Attorney for Plaintiff |
|   | DANIEL FISHER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL FISHER, an individual resident in California | Civil Action No. C 12-03716 WHA (LB) |
| Plaintiff, | |
| v. | |
| BIOZONE PHARMACEUTICALS, INC., a Nevada corporation, BIOZONE LABORATORIES, INC., a California corporation, THE FROST GROUP LLC, a Florida company, BRAUSER HONIG FROST GROUP, a Florida entity of unknown form, PHILLIP FROST, an individual resident in Florida, MICHAEL BRAUSER, an individual resident in Florida, BARRY HONIG, an individual resident in Florida, ELLIOT MAZA, an individual resident in California and New Jersey, BRIAN KELLER, an individual resident in California, ROBERTO PREGO-NOVO, an individual of unknown residence, DOES 1-150, Inclusive, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Daniel Fisher ("Plaintiff"), and defendants BioZone Pharmaceuticals, Inc., BioZone Laboratories, Inc., The Frost Group, Brauser Honig Frost Group, Phillip Frost, Michael Brauser, Barry Honig, Elliot Maza, Brian Keller, and Roberto Prego-Novo ("Defendants") (collectively, the "Parties"), hereby stipulate to the dismissal with prejudice of all claims raised by Plaintiff against Defendants in this matter.

The Parties respectfully request that this Court enter final judgment of dismissal with prejudice of all claims in this case.

Stipulated and agreed to this 16th day of September, 2013.

Dated: September 16, 2013            Respectfully Submitted,

PAUL LAW GROUP, P.C.

By:  /s/ Darcy Paul, Esq.

Darcy Paul
*Attorney for Plaintiff*


MANLY & STEWART

By:  /s/ Paul J. Sievers, Esq.

Paul J. Sievers
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of September, 2013, served via the Court's Electronic Case Filing system, a true and correct copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS on counsel for the defendants as follows:

Attn: Paul J. Sievers, Esq.
MANLY, STEWART & FINALDI
19100 Von Karman Ave., Suite 800
Irvine, CA  92612
Tel: (949) 252-9990
Fax: (949) 252-9991
Email: psievers@manlystewart.com

/s/ Darcy Paul