United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FISHER, an individual resident in California, <br><br> Plaintiff, <br> v. <br><br> BIOZONE PHARMACEUTICALS, INC., a Nevada corporation, BIOZONE LABORATORIES, INC., a California corporation, THE FROST GROUP, LLC, a Florida company, BRAUSER HONIG FROST GROUP, a Florida entity of unknown form, PHILLIP FROST, an individual resident in Florida, MICHAEL BRAUSER, an individual resident in Florida, BARRY HONIG, an individual resident in Florida, ELLIOT MAZA, an individual resident in California and New Jersey, BRIAN KELLER, an individual resident in California, ROBERT PREGO-NOVO, an individual of unknown resident, and DOES 1–150, inclusive, <br><br> Defendants. | No. C 12-03716 WHA <br><br><br> **FINAL JUDGMENT** |

Pursuant to the parties' stipulation of dismissal with prejudice (Dkt. No. 77), **FINAL JUDGMENT IS HEREBY ENTERED. THE CLERK SHALL CLOSE THE FILE.**

**IT IS SO ORDERED.**

Dated: September 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE