IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL FISHER,

    Plaintiff,

  v.

BIOZONE PHARMACEUTICALS, INC., *et al.*,

    Defendants.

No. C 12-03716 WHA

**ORDER TO REASSIGN ACTION TO JUDGE BEELER**

The parties both agree that Judge Laurel Beeler retains jurisdiction over the enforcement of the settlement agreement in this action. The Clerk shall please **REASSIGN** this action to Judge Beeler for all further proceedings.

**IT IS SO ORDERED.**

Dated: January 25, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE